UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MATTHEWS,<br><br>        Plaintiff(s),<br><br>vs.<br><br>ESKANOS & ADLER P.C., et al,<br><br>        Defendant(s).<br>_____/ | Case No. 06-4867 MHP<br><br>**ORDER DISMISSING COMPLAINT FOR LACK OF PROSECUTION** |

The complaint in this action was filed on August 11, 2006; summonses for eleven defendants were issued on the same date. No proofs of service have been filed as to any of the defendants and no other action has been taken to move this case forward. Plaintiff failed to appear for the case management conference, instead filing a very brief statement and requesting continuance of the conference for ninety days. That was on December 1, 2006. Nothing further has occurred and there have been no further filings by plaintiff. Accordingly,

    IT IS HEREBY ORDERED that the complaint in this action is DISMISSED for lack of prosecution. The Clerk of Court shall close the file.

Date: February 15, 2008

                                        MARILYN HALL PATEL
                                        Judge
                                        United States District Court
                                        Northern District of California